16-0985

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Wanda D. Rucker<br><br>                              Debtor(s)<br>WELLS FARGO BANK, N.A.<br>                              Movant<br>v.<br>Wanda D. Rucker and<br>Frederick L. Reigle, Esquire<br><br>                              Respondents | 16-13976 SR<br><br>Chapter 13 Proceeding<br><br>Related to Document #21: |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION

TO THE COURT:

    Movant, WELLS FARGO BANK, N.A., respectfully withdraws its Objection to Confirmation, which was filed on 11/10/2016, at docket #21.

                                POWERS KIRN & ASSOCIATES, LLC

                                By:  **/s/ Harry B. Reese, Esquire**
                                Attorney ID# 310501
                                Eight Neshaminy Interplex, Suite 215
                                Trevose, PA 19053
                                Telephone: 215-942-2090
                                E-mail: Harry.Reese@pkjllc.com
                                Attorney for Movant
                                Dated:  April 18, 2017

16-0985

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Wanda D. Rucker<br><br>Debtor(s)<br>WELLS FARGO BANK, N.A.<br>Movant<br>v.<br>Wanda D. Rucker and<br>Frederick L. Reigle, Esquire<br>Respondents | 16-13976 SR<br><br>Chapter 13 Proceeding<br><br>Related to Document #21: |

## CERTIFICATION OF SERVICE OF
## PRAECIPE TO WITHDRAW

I, **Harry B. Reese, Esquire**, hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on April 18, 2017:

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was <u>service by electronic notification and first class U.S. mail.</u>

**Parties Served via Electronic Notification:**

David M. Offen, Esquire
601 Walnut Street
Suite 160 West
Philadelphia, PA  19106
Attorney for Debtor(s)

Frederick L. Reigle, Esquire
2901 St. Lawrence Avenue
P.O. Box 4010
Reading PA  19606
Trustee

**Parties Serviced via First Class Mail:**

POWERS KIRN & ASSOCIATES, LLC

By:  **/s/ Harry B. Reese, Esquire**
Attorney ID# 310501
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
E-mail: Harry.Reese@pkjllc.com
Attorney for Movant