IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Wanda D. Rucker | : | No.  16-13976-JKF |
| Debtor | : | |

ORDER

AND NOW, this _____ day of _____, 2019, it is hereby ORDERED and DECREED that the Motion to Approve Loan Modification is APPROVED and the Debtors are permitted to obtain a loan modification on their property located at 105 Wendee Way Sewell, NJ 08080.

**Date: October 23, 2019**

HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

Scott F. Waterman, Esq., Trustee

David M. Offen, Esq.

Wanda D. Rucker