United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Wanda D. Rucker  
     Debtor

Case No. 16-13976-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Oct 23, 2019  
                           Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2019.  
db         +Wanda D. Rucker,   105 Wendee Way,   Sewell, NJ 08080-3530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2019 at the address(es) listed below:

        ANN E. SWARTZ   on behalf of Creditor   LoanCare, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        DAVID M. OFFEN   on behalf of Debtor Wanda D. Rucker dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
        FRANCIS THOMAS TARLECKI   on behalf of Creditor   LoanCare, LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com  
        HARRY B. REESE   on behalf of Creditor   WELLS FARGO BANK, N.A. harry.reese@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
        JILL MANUEL-COUGHLIN   on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com, ecf_frpa@trustee13.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
        THOMAS I. PULEO   on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                                        TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Wanda D. Rucker | : | No.  16-13976-JKF |
| Debtor | : | |

ORDER

AND NOW, this _____ day of _____, 2019, it is hereby ORDERED and DECREED that the Motion to Approve Loan Modification is APPROVED and the Debtors are permitted to obtain a loan modification on their property located at 105 Wendee Way Sewell, NJ 08080.

**Date: October 23, 2019**

HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

Scott F. Waterman, Esq., Trustee

David M. Offen, Esq.

Wanda D. Rucker