| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 16-13976-AMC

WANDA D. RUCKER  
105 WENDEE WAY  
SEWELL  NJ    08080

Petition Filed Date: 06/02/2016  
341 Hearing Date: 09/16/2016  
Confirmation Date: 05/17/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $212.50 | 11765624 | 01/23/2019 | $230.21 | 12116643 | 02/05/2019 | $230.21 | 12478125 |
| 02/21/2019 | $230.21 | 12990553 | 03/05/2019 | $230.21 | 13242820 | 03/22/2019 | $230.21 | 13697672 |
| 04/03/2019 | $230.21 | 14077166 | 04/22/2019 | $230.21 | 14556284 | 05/07/2019 | $230.21 | 14969483 |
| 05/21/2019 | $230.21 | PECO ENER 8 | 06/05/2019 | $230.21 | 15867326 | 06/20/2019 | $230.21 | 16286255 |
| 07/08/2019 | $230.21 | 16693779 | 07/23/2019 | $230.21 | 17206754 | 08/05/2019 | $230.21 | 17587456 |
| 08/20/2019 | $230.21 | 17982864 | 09/05/2019 | $230.21 | 18495459 | 09/18/2019 | $230.21 | 18807389 |
| 10/07/2019 | $230.21 | 19259201 | 10/23/2019 | $230.21 | 19668681 | 11/05/2019 | $230.21 | 20038621 |
| 11/20/2019 | $230.21 | 20518594 | 12/09/2019 | $230.21 | 20985843 | 12/18/2019 | $230.21 | 21289672 |
| 01/06/2020 | $230.21 | 21741531 | 01/22/2020 | $230.21 | 22147458 | 02/04/2020 | $230.21 | 22536419 |
| 02/19/2020 | $230.21 | 23058128 | 03/04/2020 | $230.21 | 23376945 | 03/18/2020 | $230.21 | 23777626 |
| 04/03/2020 | $230.21 | 24234627 | 04/21/2020 | $230.21 | 24582404 | 05/06/2020 | $230.21 | 24861699 |
| 05/21/2020 | $230.21 | 25160007 | 06/11/2020 | $230.21 | 25440801 | 06/19/2020 | $230.21 | 25668411 |
| 07/07/2020 | $230.21 | 25911090 | 07/22/2020 | $230.21 | 26146282 | 08/05/2020 | $230.21 | 26375955 |

**Total Receipts for the Period:  $8,960.48    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $28,510.48**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 16 | AMERICAN EXPRESS NATIONAL BANK  »» 016 | Unsecured Creditors | $1,274.15 | $86.91 | $1,187.24 |
| 8 | AMERICAN INFOSOURCE LP  »» 008 | Unsecured Creditors | $858.87 | $63.11 | $795.76 |
| 19 | BANK OF AMERICA NA  »» 019 | Unsecured Creditors | $914.10 | $67.13 | $846.97 |
| 20 | BANK OF AMERICA NA  »» 020 | Unsecured Creditors | $2,014.46 | $158.44 | $1,856.02 |
| 1 | CAVALRY INVESTMENTS LLC  »» 001 | Unsecured Creditors | $1,042.08 | $81.99 | $960.09 |
| 10 | DISCOVER BANK  »» 010 | Unsecured Creditors | $758.80 | $50.42 | $708.38 |
| 9 | EDUCATIONAL CREDIT MGMT CORP  »» 009 | Unsecured Creditors | $14,867.86 | $1,169.51 | $13,698.35 |
| 21 | LOANCARE SERVICING CENTER  »» 021 | Mortgage Arrears | $5,592.73 | $5,592.73 | $0.00 |
| 2 | MOMA FUNDING LLC  »» 002 | Unsecured Creditors | $1,195.78 | $87.84 | $1,107.94 |
| 3 | MOMA FUNDING LLC  »» 003 | Unsecured Creditors | $1,302.17 | $88.82 | $1,213.35 |

| | | | | | |
|---|---|---|---|---|---|
| 4 | MOMA FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,133.08 | $83.17 | $1,049.91 |
| 5 | MOMA FUNDING LLC<br>»» 005 | Unsecured Creditors | $361.91 | $16.35 | $345.56 |
| 6 | MOMA FUNDING LLC<br>»» 006 | Unsecured Creditors | $4,805.37 | $377.99 | $4,427.38 |
| 18 | CITY OF PHILADELPHIA (LD)<br>»» 18A | Secured Creditors | $5,121.46 | $5,121.46 | $0.00 |
| 18 | CITY OF PHILADELPHIA (LD)<br>»» 18B | Priority Crediors | $1,135.13 | $1,135.13 | $0.00 |
| 22 | CITY OF PHILADELPHIA (LD)<br>»» 22S | Secured Creditors | $988.91 | $988.91 | $0.00 |
| 11 | POLICE & FIRE FCU<br>»» 011 | Unsecured Creditors | $8,126.17 | $639.22 | $7,486.95 |
| 12 | POLICE & FIRE FCU<br>»» 012 | Unsecured Creditors | $36.19 | $0.00 | $36.19 |
| 13 | POLICE & FIRE FCU<br>»» 013 | Unsecured Creditors | $3,038.95 | $239.01 | $2,799.94 |
| 14 | PHILADELPHIA PARKING AUTHORITY<br>»» 014 | Unsecured Creditors | $2,939.69 | $231.22 | $2,708.47 |
| 7 | SANTANDER BANK NA<br>»» 007 | Unsecured Creditors | $7,459.67 | $586.76 | $6,872.91 |
| 15 | US DEPARTMENT OF EDUCATION<br>»» 015 | Unsecured Creditors | $66,808.55 | $5,255.16 | $61,553.39 |
| 17 | WELLS FARGO BANK NA<br>»» 017 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | DAVID M OFFEN ESQUIRE<br>»» 022 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $28,510.48 | Current Monthly Payment: | $425.00 |
| Paid to Claims: | $25,621.28 | Arrearages: | ($3,010.48) |
| Paid to Trustee: | $2,402.25 | Total Plan Base: | $29,750.00 |
| Funds on Hand: | $486.95 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.