IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Wanda Rucker | : | No.  16-13976-AMC |
| Debtor | | |

O R D E R

AND NOW, this _____ day of _____, 2021, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: February 10, 2021**

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE