United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-13976-amc |
| Wanda D. Rucker | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

**Recip ID        Recipient Name and Address**
db              + Wanda D. Rucker, 105 Wendee Way, Sewell, NJ 08080-3530

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:**

**Name        Email Address**

ANN E. SWARTZ
    on behalf of Creditor LoanCare  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

DAVID M. OFFEN
    on behalf of Debtor Wanda D. Rucker dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

FRANCIS THOMAS TARLECKI
    on behalf of Creditor LoanCare  LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

HARRY B. REESE
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JOSHUA I. GOLDMAN
    on behalf of Creditor Ditech Financial LLC Josh.Goldman@padgettlawgroup.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

    kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

LAUREN MOYER
    on behalf of Creditor LoanCare  LLC ecfmail@ecf.courtdrive.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor Ditech Financial LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                   :      CHAPTER 13
                        :
Wanda Rucker            :      No.  16-13976-AMC
   Debtor

O R D E R

AND NOW, this _____ day of _____, 2021, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: February 10, 2021**

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE