United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-13976-amc |
| Wanda D. Rucker | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 17, 2021 | Form ID: 138NEW | Total Noticed: 80 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wanda D. Rucker, 105 Wendee Way, Sewell, NJ 08080-3530 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 13738565 | + | Aes/Frn Slt, 1200 N 7th St, Harrisburg, PA 17102-1419 |
| 13806252 | | American Express Bank FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13738568 | | American InfoSource LP, as agent for, T Mobile/T-Mobile USA Inc, 248848, Oklahoma City, OK 73124-8848 |
| 13738569 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 13738570 | + | Atg Credit, 1700 W Cortland St Ste 2, Chicago, IL 60622-1131 |
| 13738574 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 13738572 | + | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 13832250 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13738573 | + | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 13738576 | + | Blmdsnb, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 13738577 | + | Bmw Bank Of North Amer, 2735 E Parleys Ways Ste, Salt Lake City, UT 84109-1666 |
| 13738595 | + | CVS/Caremark, PO Box 659539, San Antonio, TX 78265-9539 |
| 13738580 | + | Cap One, Po Box 19360, Portland, OR 97280-0360 |
| 13738582 | + | Cap1/Saks, 12 E 49th Street, New York, NY 10017-1028 |
| 13738585 | + | Cerastes, LLC, C O Weinstein, Pinson, and Riley, PS, 2001 Western Avenue, Ste 400, Seattle, WA 98121-3132 |
| 13738588 | + | City of Philadelphia, Bureau of Administrative Adjudication, 913 Filbert Street, Philadelphia, PA 19107-3117 |
| 13738596 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Department Stores National Bank/Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 13738598 | + | DiTech, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 13836786 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 13774418 | | ECMC, Po Box 16408, Saint Paul MN 55116-0408 |
| 13738599 | + | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 13738603 | + | Gerald Fulton, Sr., 1706 Staub Street, Philadelphia, PA 19140-2935 |
| 14318343 | + | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14314635 | + | LoanCare, LLC, c/o ANN E. SWARTZ, ESQUIRE, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14313820 | + | LoanCare, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 13738606 | + | McCabe, Weisberg & Conway, P.C., 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 13738615 | + | NCB Management Services, Inc., P.O. Box 1099, Langhorne, PA 19047-6099 |
| 13738616 | | New Century Financial Services, Inc., Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 13738617 | + | Northland Group, Inc., P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 13738618 | + | Philadelphia Parking, 2467 Grant Street, Philadelphia, PA 19114-1004 |
| 13738619 | | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 13738620 | + | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 13738623 | + | Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 13738628 | + | Santander Bank Na, 865 Brook St, Rocky Hill, CT 06067-3444 |
| 13745742 | + | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 13738630 | + | South Jersey Gas, 1 South Jersey Plaza, Folsom, NJ 08037-9100 |
| 13796572 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 13738631 | + | Us Dept Of Ed/Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 13738632 | | VISA, PO Box 4521, Carol Stream, IL 60197-4521 |
| 13909281 | | WELLS FARGO BANK, N.A., DEFAULT DOCUMENT PROCESSING, MAC#N9286-01Y, 1000 BLUE GENTIAN ROAD, EAGAN, MN 55121-7700 |
| 13738633 | + | Wells Fargo Bank Nv Na, Po Box 31557, Billings, MT 59107-1557 |
| 13819587 | | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 17, 2021 | Form ID: 138NEW | Total Noticed: 80 |

| | | |
|---|---|---|
| 13738635 | + | Xerox Soluti, Pob 41818, Philadelphia, PA 19101-1818 |

TOTAL: 45

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Mar 18 2021 03:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 18 2021 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 18 2021 03:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2021 02:53:02 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13745787 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 18 2021 03:05:52 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 13738567 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 18 2021 03:05:52 | American InfoSource LP as agent for, Midland Funding LLC, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 13738571 | Email/Text: bankruptcy@pepcoholdings.com | Mar 18 2021 03:37:00 | Atlantic City Electric Company, Pepco Holdings INc. Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carney Point, NJ 08069-3600 |
| 13738584 | Email/Text: CBCSMail@CBCSNational.com | Mar 18 2021 03:38:00 | CBCS, P.O. Box 163250, Columbus, OH 43216-3250 |
| 13824313 | + Email/Text: megan.harper@phila.gov | Mar 18 2021 03:38:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13738578 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2021 02:53:20 | Cach, Llc, 4340 S Monaco St Unit 2, Denver, CO 80237-3485 |
| 13738581 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 18 2021 03:05:09 | Cap One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 13738583 | + Email/Text: bankruptcy@cavps.com | Mar 18 2021 03:38:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 13739012 | + Email/Text: bankruptcy@cavps.com | Mar 18 2021 03:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13738587 | + Email/Text: bankruptcy@philapark.org | Mar 18 2021 03:38:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41819, Philadelphia, PA 19101-1819 |
| 13738590 | + Email/Text: megan.harper@phila.gov | Mar 18 2021 03:38:00 | City of Philadelphia, Dept. of Revenue, Municipal Services Building, 5th Floor, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102-1617 |
| 13738589 | + Email/Text: megan.harper@phila.gov | Mar 18 2021 03:38:00 | City of Philadelphia, Dept. of Revenue, Municipal Services Building Concourse, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102-1617 |
| 13738591 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 18 2021 03:37:00 | Comenity Bank/Ashstwrt, Po Box 182789, Columbus, OH 43218-2789 |
| 13738592 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 18 2021 03:37:00 | Comenity Bank/Lnbryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 13738593 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 16-13976-amc   Doc 79   Filed 03/19/21   Entered 03/20/21 00:50:09   Desc Imaged
                              Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 17, 2021 | Form ID: 138NEW | Total Noticed: 80 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 18 2021 03:37:00 | Comenity Bank/Nwyrk&Co, 220 W Schrock Rd, Westerville, OH 43081-2873 |
| 13738594 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 18 2021 03:37:00 | Comenity Bank/Vctrssec, Po Box 182789, Columbus, OH 43218-2789 |
| 13738607 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2021 02:54:11 | Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 13781095 | | Email/Text: mrdiscen@discover.com | Mar 18 2021 03:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13738597 | + | Email/Text: mrdiscen@discover.com | Mar 18 2021 03:37:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 13738602 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2021 02:53:02 | Gecrb/Lord & Tay, Po Box 965015, Orlando, FL 32896-5015 |
| 13738605 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 18 2021 03:38:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 13738586 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 18 2021 02:41:25 | Chase, Po Box 15298, Wilmington, DE 19850 |
| 13738609 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 18 2021 03:38:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13793086 | + | Email/Text: bankruptcy@philapark.org | Mar 18 2021 03:38:00 | Philadelphia Parking Authority, 701 Market Street Suite 5400, Philadelphia, PA 19106-2895 |
| 13738622 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2021 02:53:16 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 13738625 | | Email/Text: bnc-quantum@quantum3group.com | Mar 18 2021 03:37:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13738624 | | Email/Text: bnc-quantum@quantum3group.com | Mar 18 2021 03:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13738627 | | Email/Text: bkrpt@retrievalmasters.com | Mar 18 2021 03:38:00 | RMCB, P.O. Box 1235, Elmsford, NY 10523-0935 |
| 13738626 | + | Email/Text: Supportservices@receivablesperformance.com | Mar 18 2021 03:38:00 | Receivables Performanc, 20816 44th Ave W, Lynnwood, WA 98036-7744 |
| 13743239 | | Email/PDF: rmscedi@recoverycorp.com | Mar 18 2021 02:41:38 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13738629 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2021 03:06:12 | Sears/Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13738614 | | Midlandmcm |
| 13738634 | | William Pierce III |
| 13738566 | *+ | Aes/Frn Slt, 1200 N 7th St, Harrisburg, PA 17102-1419 |
| 13738575 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 13738579 | *+ | Cach, Llc, 4340 S Monaco St Unit 2, Denver, CO 80237-3485 |
| 13738608 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 13738600 | *+ | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 13738601 | *+ | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 13738604 | *+ | Gerald Fulton, Sr., 1706 Staub Street, Philadelphia, PA 19140-2935 |
| 13738610 | *+ | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13738611 | *+ | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13738612 | *+ | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 17, 2021 | Form ID: 138NEW | Total Noticed: 80 |

| 13738613 | *+ | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13738621 | *+ | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |

TOTAL: 2 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2021 at the address(es) listed below:**

**Name**      **Email Address**

ANN E. SWARTZ
    on behalf of Creditor LoanCare  LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com

DAVID M. OFFEN
    on behalf of Debtor Wanda D. Rucker dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

FRANCIS THOMAS TARLECKI
    on behalf of Creditor LoanCare  LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

HARRY B. REESE
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JOSHUA I. GOLDMAN
    on behalf of Creditor Ditech Financial LLC Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

LAUREN MOYER
    on behalf of Creditor LoanCare  LLC ecfmail@ecf.courtdrive.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor Ditech Financial LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Wanda D. Rucker

    Debtor(s)

Bankruptcy No: 16−13976−amc

Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑     2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑     3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 3/17/21

        76 − 74
        Form 138_new